JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EARL BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, *et al.*,<br><br>    Defendants. | NO. EDCV-09-01469-RHW-(OPx)<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulation for Dismissal (ECF No. 45). The parties indicate that they have reached a settlement and ask that the above-captioned case be dismissed with prejudice.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.    The parties' Stipulation for Dismissal (ECF No. 45) is **GRANTED**.

    2.    The above-captioned case is **dismissed** with prejudice and without fees or costs to any party.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and close file.

    **DATED** this 19th day of March, 2012.

                      *s/Robert H. Whaley*
                      ROBERT H. WHALEY
                 United States District Judge

**ORDER DISMISSING CASE** ~ 1